DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALIA ISRAEL,**
Appellant,

v.

**EBHC, LLC** as trustee of **THE EBHC, LLC LAND TRUST,**
Appellee.

No. 4D22-1096

[November 17, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502020CC002479XXXXWB.

Bart T. Heffernan, Fort Lauderdale, for appellant.

No appearance for Appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***